NUMBER 13-01-673-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

JOSE LUIS HERNANDEZ, JR.,                                                Appellant,

 

                                                   v.

 

CAMERON COUNTY,                                                             Appellee.

____________________________________________________________________

 

                        On appeal from the 404th  District Court

                                 of Cameron County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

          Before Chief Justice
Valdez and Justices Dorsey and Rodriguez

                                               Opinion
Per Curiam

 

Appellant, JOSE
LUIS HERNANDEZ, JR., perfected an appeal from a judgment entered by the 404th District Court of Cameron County, Texas, in
cause number 2000-01-00093-G. 
After the record and briefs were filed, the parties filed a joint motion
to dismiss the appeal. The parties  request that this Court dismiss the
appeal.








The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and
the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 19th
day of September, 2002.